**WILENCHIK & BARTNESS**
— A PROFESSIONAL CORPORATION —

ATTORNEYS AT LAW
The Wilenchik & Bartness Building
2810 North Third Street  Phoenix, Arizona  85004

Telephone: 602-606-2810    Facsimile: 602-606-2811

Dennis I. Wilenchik, #005350
Brian J. Hembd, #029817
David A. Timchak, #032095
admin@wb-law.com
*Attorneys for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| **Dennis M. Danzik, an Arizona citizen; and RDX Technologies Corporation (fka Ridgeline Energy Services, Inc.), an Alberta Canadian Corporation**<br><br>**Plaintiffs,**<br><br>v.<br><br>**CWT Canada II Limited Partnership, an Ontario, Canada Limited Partnership; Resource Recovery Corporation, a Delaware Corporation; Changing World Technologies, a Delaware limited Partnership; Jean Noelting and Jane Doe Noelting; and Bruce MacFarlane and Jane Doe MacFarlane; Brian Appel and Jane Doe Appel**<br><br>**Defendants.** | Case No. CV-17-00969-PHX-JAT<br><br>**EMERGENCY MOTION TO EXTEND TIME FOR SERVICE OF COMPLAINT**<br><br>**(Assigned to the Honorable James A. Teilborg)** |

Pursuant to Fed. R. Civ. P. 4(m), Plaintiffs Dennis Danzik and RDX Technologies Corporation ("Plaintiffs") hereby motion the Court for an order extending the time for service of Defendants. Plaintiffs request an additional two (2) weeks to effectuate service. Good cause exists for this extension.

1  Pursuant to Fed. R. Civ. P. 4(m), Plaintiffs were given 90 days to effectuate service on
2  Defendants. The deadline for doing so is June 29, 2017.

3  Defendants CWT Canada II Limited Partnership, Resource Recovery Corporation, Jean
4  Noelting, Bruce MacFarlane, and Brian Appel are represented by Bradley J. Nash and Jeffrey
5  M. Eilender of Schlam Stone & Dolan LLP. They have indicated that they will accept service
6  on behalf of these Defendants and will provide a Waiver of Service. **Exhibit A**. Undersigned
7  counsel has requested this waiver and is assured that it is forthcoming today, but has not yet
8  received it. **Exhibit A**.

9  The remaining Defendant is Changing World Technologies. Undersigned counsel has
10 contacted the service agency, Nationwide Legal, who has informed undersigned counsel that
11 service was made on June 22, 2017, and that they are preparing an Affidavit of Service, which
12 should be available by next week.

13 Based on the foregoing, good cause exists to extend Plaintiffs' deadline for service by
14 two weeks so that the Waiver of Service and Affidavit of Service can be filed.

15 **RESPECTFULLY SUBMITTED** this 28th day of June, 2017.

16 **WILENCHIK & BARTNESS, P.C.**

17 */s /    Dennis I. Wilenchik*
18 Dennis I. Wilenchik, Esq.
   Brian J. Hembd, Esq.
19 David A. Timchak, Esq.
   2810 North Third Street
20 Phoenix, Arizona 85004
   *Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 28, 2017, the foregoing document was electronically transmitted to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the individuals registered.

By: /s/ Wendy L. Echols

# EXHIBIT A



| | |
|---|---|
| **From:** | Bradley J. Nash |
| **To:** | Brian Hembd |
| **Subject:** | Re: Service of Complaint |
| **Date:** | Wednesday, June 28, 2017 10:39:29 AM |
| **Attachments:** | image883158.png |

Yes, coming shortly.  Apologies for the delay.

Sent from my iPhone

On Jun 28, 2017, at 1:38 PM, Brian Hembd <BrianH@wb-law.com> wrote:

> Hi Brad,
>
> Can you please provide the waivers?
>
> Brian
>
> www.wb-law.com
>
> Brian Hembd
> Attorney at Law
> BrianH@wb-law.com
>
> The Wilenchik & Bartness Building
> 2810 North Third Street
> Phoenix, Arizona 85004
> P 602-606-2810 | F 602-606-2811
>
> ---------------------------
>
> ATTORNEY/CLIENT COMMUNICATION
>
> The information transmitted by this e-mail is intended only for the addressee and may contain confidential and/or privileged material.  Any interception, review, retransmission, dissemination or other use of this information by persons or entities other than the intended recipient is prohibited by law and may subject them to criminal or civil liability.  If you received this communication in error, please contact us immediately at (602) 606-2810, and delete the communication from any computer or network system.
>
> ---------------------------
>
> **From:** Bradley J. Nash [mailto:bnash@schlamstone.com]
> **Sent:** Monday, June 26, 2017 6:30 PM
> **To:** Brian Hembd
> **Cc:** Jeffrey M. Eilender; J. Henk Taylor (htaylor@rrulaw.com); Dennis Wilenchik; David Timchak; Victoria Stevens
> **Subject:** Re: Service of Complaint
>
> Yes, we will return the waivers tomorrow.  As for the stip, we now represent Brian Appel, as well, and will be accepting service on his behalf.  Therefore, we should stip to consolidating the cases.
>
> Sent from my iPhone
>
> On Jun 26, 2017, at 8:26 PM, Brian Hembd <BrianH@wb-law.com> wrote:
>
>> Greetings,
>>
>> Pursuant to our call today, will you please return the attached waiver?

Also, is the stipulation acceptable? If so, we will file.

Brian

|  | Brian Hembd<br>Attorney at Law<br>BrianH@wb-law.com |
|---|---|
| www.wb-law.com | The Wilenchik & Bartness Building<br>2810 North Third Street<br>Phoenix, Arizona 85004<br>P 602-606-2810 \| F 602-606-2811 |

---------------------------

ATTORNEY/CLIENT COMMUNICATION

The information transmitted by this e-mail is intended only for the addressee and may contain confidential and/or privileged material.  Any interception, review, retransmission, dissemination or other use of this information by persons or entities other than the intended recipient is prohibited by law and may subject them to criminal or civil liability.  If you received this communication in error, please contact us immediately at (602) 606-2810, and delete the communication from any computer or network system.

---------------------------

**From:** Brian Hembd
**Sent:** Tuesday, June 20, 2017 10:59 AM
**To:** 'Bradley J. Nash'; Jeffrey M. Eilender; J. Henk Taylor (htaylor@rrulaw.com)
**Cc:** Dennis Wilenchik; David Timchak; Victoria Stevens
**Subject:** RE: Service of Complaint

Greetings,

Attached is a waiver of service for the parties you have agreed to waive service for below. Also attached are supplemental additions to the Complaint that the Court ordered we file to establish subject matter jurisdiction. The waiver references your receipt of these supplements. If the waiver is acceptable, please sign and file it with the court.

Also attached is a stipulation regarding the discovery schedule. Exhibit A is attached hereto as well. Please let us know if it is acceptable and we will file it.

Thank you,

Brian

---

**From:** Bradley J. Nash [mailto:bnash@schlamstone.com]
**Sent:** Friday, June 09, 2017 10:01 AM
**To:** Brian Hembd; Jeffrey M. Eilender; J. Henk Taylor (htaylor@rrulaw.com)
**Cc:** Dennis Wilenchik; David Timchak; Victoria Stevens
**Subject:** RE: Service of Complaint

Brian:

We are authorized to accept service on behalf of (1) CWT Canada II Limited Partnership, (2) Resource Recovery Corporation, (3) Jean

Noelting, and (4) Bruce MacFarlane, pursuant to a stipulation that also extends their time to answer the complaint.  In the same stipulation, we should get the new case consolidated with the other cases for discovery.

Bradley J. Nash
Schlam Stone & Dolan LLP
26 Broadway
New York, NY 10004
Main:  212 344-5400
Direct:  212 612-0684
bnash@schlamstone.com

<image001.png>
CommercialDivisionBlog.com

This e-mail, including all attachments, is for the use of the intended recipients only.  It may contain legally privileged or confidential information.  If you are not the intended recipient, please permanently delete this message and all copies or printouts, and please notify me immediately.

---

**From:** Brian Hembd [mailto:BrianH@wb-law.com]
**Sent:** Wednesday, June 07, 2017 12:59 PM
**To:** Bradley J. Nash; Jeffrey M. Eilender
**Cc:** Dennis Wilenchik; David Timchak; Victoria Stevens
**Subject:** Service of Complaint

Greetings,

We are reaching out to you to request that you waive service of the attached complaint. Please let us know if you will do so and on behalf of which Defendants.

Thank you,

Brian

www.wb-law.com

Brian Hembd
Attorney at Law
BrianH@wb-law.com

The Wilenchik & Bartness Building
2810 North Third Street
Phoenix, Arizona 85004
P 602-606-2810 | F 602-606-2811

---------------------------

ATTORNEY/CLIENT COMMUNICATION

The information transmitted by this e-mail is intended only for the addressee and may contain confidential and/or privileged material.  Any interception, review, retransmission, dissemination or other use of this information by persons or entities other than the intended recipient is prohibited by law and may subject them to criminal or civil liability.  If you received this communication in error, please contact us immediately at (602) 606-2810, and delete the communication from any computer or network system.

---------------------------

<06-20-17 Waiver of Service.doc>

<06-20-17 Stipulation re Discovery.doc>

<Exhibit A.PDF>