J. Henk Taylor (016321)
**RYAN RAPP & UNDERWOOD, P.L.C.**
3200 N. Central Ave, Suite 2250
Phoenix, Arizona 85012
Telephone: (602) 280-1000
Facsimile: (602) 265-1495
Email: htaylor@rrulaw.com

Jeffrey M. Eilender (*admitted pro hac vice*)
Bradley J. Nash (*admitted pro hac vice*)
Joshua Wurtzel (*admitted pro hac vice*)
**SCHLAM STONE & DOLAN LLP**
26 Broadway
New York, New York 10004
Telephone: (212) 344-5400
Facsimile: (212) 344-7677
jeilender@schlamstone.com
bnash@schlamstone.com
jwurtzel@schlamstone.com
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| DENNIS M. DANZIK, an Arizona Citizen; and RDX TECHNOLOGY CORPORATION, (fka RIDGELINE ENERGY SERVICES, INC.) a British Columbia Canadian Corporation,<br>Plaintiffs,<br><br>v.<br><br>CWT CANADA II LIMITED PARTNERSHIP, an Ontario Canada Limited Partnership; RESOURCE RECOVERY CORPORATION, a Delaware Corporation; CHANGING WORLD TECHNOLOGIES, a Delaware Limited Partnership; JEAN NOELTING; JANE DOE NOELTING; BRUCE MCFARLANE; JANE DOE MCFARLANE; BRIAN APPEL; and JANE DOE APPEL,<br>Defendants. | Case No.: 2:17-CV-00969-JAT<br><br>**AMENDED DECLARATION OF JOSHUA WURTZEL IN SUPPORT OF DEFENDANTS' MOTION FOR SANCTIONS** |

In accordance with 28 U.S.C. § 1746, **JOSHUA WURTZEL**, declares, under the penalty of perjury, the following to be true.

1. I am an associate with Schlam Stone & Dolan LLP, co-counsel with Ryan Rapp & Underwood, P.L.C. for Defendants CWT Canada II Limited Partnership, Resource Recovery Corporation, Jean Noelting, and Bruce MacFarlane in this action action. I submit this Declaration in support of Defendants' Motion for Sanctions.

2. On August 18, 2017, in accordance with Fed. R. Civ. P. 11(c)(2), this firm served a copy of Defendants' Motion for Sanctions on Plaintiffs' counsel, Wilenchik & Bartness, P.C., by overnight delivery. Also on August 18, 2017, I e-mailed a copy of this motion to Plaintiffs' counsel.

3. Over 21 days have passed since this firm served Defendants' Motion for Sanctions on Plaintiffs' counsel. Plaintiffs filed a First Amended Complaint on September 11, 2017, to which Defendants consented on September 13, 2017. But this First Amended Complaint does not withdraw or appropriately correct the claims in the Complaint that are challenged in Defendants' Motion for Sanctions, except for the claims that are challenged in Section I.C of Defendants' Motion for Sanctions. Plaintiffs have not otherwise withdrawn or appropriately corrected the claims in the Complaint that are challenged in Defendants' Motion for Sanctions, except for the claims that are challenged in Section I.C of Defendants' Motion for Sanctions.

Dated: September 18, 2017
       New York, New York

_____
**JOSHUA WURTZEL**